IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00013-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JUSTIN RAY BOYKIN
2.    **AUDRA BOYKIN**,
3.    CHRISTY ANN HULL, and
4.    ELI JOSEPH SHORTT.

        Defendants.
_____

## MOTION FOR COMPETENCY EVALUATION
_____

        Audra Boykin, by and through her attorney, Thomas J. Hammond, moves for an evaluation of her competency to proceed in this case. As grounds, Ms. Boykin states the following:

        1.    For the underlying basis of this motion, counsel for Ms. Boykin refers the Court to the pre-trial services report.

        2.    Counsel for Ms. Boykin is concerned about whether or not those issues are ongoing.

        3.    Counsel cannot provide the court with any more specific information regarding this issue pursuant to Rule 1.6 of the Colorado Code of Professional Conduct.

        4.    Section 18 U.S.C. § 4241(a) states that "anytime after the commencement of a prosecution for an offense and prior to the sentencing of a defendant ... the defendant or the attorney for the Government may file a motion for a

hearing to determine the mental competency of the defendant."

5. The statute does not appear to require that counsel for the defendant give up any client confidence in order to raise the issue of competency, which is appropriate.

WHEREFORE, Ms. Boykin moves for an evaluation of her competency to proceed in this case.

                                    Respectfully submitted,

                                    s/ Thomas J. Hammond
                                    Thomas J. Hammond
                                    Thomas J. Hammond, P.C.
                                    955 Bannock Street, Suite 200
                                    Denver, Colorado 80204
                                    303-321-7902
                                    Fax: (303)329-5871
                                    Email: hammondlaw@solucian.com

                                    Attorney for Audra Boykin

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2011, I electronically filed the foregoing **MOTION FOR COMPETENCY EVALUATION** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following e-mail addresses:

David M. Conner, Esq.
Dave.Conner@usdoj.gov

Arthur S. Nieto
arthurnieto@qwestoffice.net

Gregory R.S. Daniels
gdaniels@hmflaw.com

La Fonda R. Jones
LaFonda_Jones@fd.org


s/ Thomas J. Hammond
Thomas J. Hammond