**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

Date:                      March 23, 2011          Prob./Pret.:    N/A
Courtroom Deputy:   Robert R. Keech          Interpreter:    N/A
Court Reporter/ECR:  Therese Lindblom

Criminal Case No.  **11-cr-00013-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                     David M. Conner

       Plaintiff,

v.

**2. AUDRA BOYKIN**,                               Thomas J. Hammond

       Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**4:10 p.m.**     Court in Session - Defendant present (in-custody)

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Defendant's Motion for Competency Evaluation (doc. #47), filed February 22, 2011, is raised for argument.

4:11 p.m.     Argument by Defendant Audra Boykin (Mr. Hammond).

4:24 p.m.     Argument by Government (Mr. Conner).

**ORDERED:**     Defendant's Motion for Competency Evaluation (doc. #47), filed February 22, 2011, is **GRANTED.**

4:28 p.m.       Discussion regarding which doctor shall perform the competency evaluation of Ms. Boykin.

**ORDERED:**     Mr. Hammond shall submit a proposed form of order, outlining specifics of the competency evaluation, not later than **Friday, April 1, 2011.**

**ORDERED:**     Defendant is **REMANDED** into the custody of the U.S. Marshal.

**4:35 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :25**