IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00013-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.      AUDRA BOYKIN,

      Defendant.

**ORDER REGARDING COMPETENCY EVALUATION**

THIS MATTER came before the Court on a hearing on March 23, 2011, on Defendant's Motion for Competency Evaluation. Having reviewed the motion and after hearing the positions of the parties, I find that the Motion should be granted.

Specifically, I find based on statements of defense counsel that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against him or to assist in his defense." 18 U.S.C. § 4241(a). 18 U.S.C. § 4241(b) provides in pertinent part that "prior to the date of the hearing, the court may order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247(b) and (c)." I find under the above sections that a psychiatric or psychological examination is appropriate in this case.

Examinations pursuant to Sections 4241(a) and (b) require compliance with Sections 4247(b) and (c). Section 4247(b) states that "the court shall appoint an examiner, or if the court finds it appropriate, more than one examiner, who is a licensed or certified psychiatrist or psychologist." At the hearing I ordered counsel to meet and confer as to who should conduct the examination. The parties have agreed that Dr. Laura Combs will perform the evaluation. Dr. Combs is now Dr. Laura Leach. Her address is 2501 Walnut Street, Suite # 207, Boulder, Colorado 80302, and her telephone number is (720) 988-7867.

Accordingly, Dr. Leach is appointed to conduct the competency examination and issue a report regarding Defendant's competency. This report shall be issued in compliance with 18 U.S.C. § 4247(c) which provides that a competency report shall address the following: (1) the person's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; (4) the examiner's opinions as to the diagnosis and prognosis; and (5) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dr. Leach shall, if possible, issue the report within thirty (30) days pursuant to 18 U.S.C. § 4247(b), although Dr. Leach may apply for a reasonable extension, not to exceed fifteen days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant." *Id.* When the evaluation is completed,

Dr. Leach shall send the original report to the Court, with copies to defense counsel and counsel for the government.

Based upon the foregoing, it is

ORDERED that Defendant's Motion for Competency Evaluation filed February 22, 2011 (ECF No. 47) is **GRANTED**. It is

FURTHER ORDERED that a psychiatric or psychological examination shall be conducted by Dr. Laura Leach pursuant to 18 U.S.C. § 4241(b). The original psychiatric or psychological report shall be sent to the Court, with copies to defense counsel and counsel for the government. Finally, it is

ORDERED that after the psychiatric or psychological report has been received, counsel for the parties shall promptly contact the Court to set a competency hearing.

Dated: April 25, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge