UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00013-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  AUDRA BOYKIN,

      Defendant.

---

### MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Change of Plea Hearing is **SET** for **Wednesday, December 19, 2012, at 3:00 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  November 30, 2012